Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Elizabeth G. Cebu,<br><br>          Plaintiff,<br>v.<br><br>Litton Mortgage, Inc., Citibank, N.A., Experian Information Solutions, Inc. and Equifax Information Solutions, LLC,<br><br>          Defendants. | Case No.: 2:16-cv-01085-KJD-VCF<br><br>**ORDER OF DISMISSAL OF DEFENDANT LITTON MORTGAGE, INC.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Elizabeth G. Cebu ("Plaintiff") and Litton Mortgage, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only, in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 27th day of October 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**MCCARTHY HOLTHUS LLP**

/s/   Thomas N. Beckom
Thomas N. Beckom, Esq.
9510 West Sahara Avenue, Suite 200
Las Vegas, NV  89117
*Attorneys for Litton Mortgage, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  November 12, 2016