Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Elizabeth G. Cebu,<br><br>          Plaintiff,<br><br>v.<br><br>Litton Mortgage, Inc., Citibank, N.A., Experian Information Solutions, Inc. and Equifax Information Solutions, LLC,<br><br>          Defendants. | Case No.: 2:16-cv-01085-KJD-VCF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Elizabeth G. Cebu ("Plaintiff") and Experian Information Solutions, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only, in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 25th day of February 2017.

Respectfully Submitted,

**Kazerouni Law Group, APC**

By:  /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Maupin Naylor Braster**

By:  /s/   Jennifer L Braster
Jennifer L Braster, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Experian Information Solutions, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  2/27/2017